**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br><br>GEORGE SANCHEZ,<br><br><br>                    Defendant. | Crim. No. 01-006 (KSH)<br><br><br><br>**ORDER ON APPLICATION FOR**<br>**WRIT OF CONTINUING**<br>**GARNISHMENT** |

**Katharine S. Hayden, U.S.D.J.**

On February 5, 2008, the Financial Litigation Unit ("FLU") for the Civil Division of the United States Attorney's Office for the District of New Jersey filed an application for a writ of continuing garnishment in the within matter.  On February 13, 2008, the Court sent an email to the Chief of the Unit requesting relevant background information for the February 5, 2008 garnishment application.

After delaying for almost two months, the FLU responded to the Court's inquiry by filing a one-page declaration of a paralegal specialist with the United States Attorney's Office for the District of New Jersey on March 28, 2008, which treats the Court's request like a math problem. The declaration fails to provide the background information sought, and instead simply repeats the calculations of the amount owed from the original application.  And, without any explanation for doing so, the submission was filed with the Court's email message, exposing on the public record the Court's internal email address, requiring the Court to seal the submission.

What should have been straightforward has turned into a strained back-and-forth, requiring a more pointed inquiry.  To that end, the Court directs that the attorney in charge of the garnishment application appear before the Court on <u>May 12, 2008 at 11:00 a.m.</u> to provide the appropriate information.

**SO ORDERED**.

Dated: 5/2/08                                                    <u>/s/Katharine S. Hayden</u>

                                                                         Katharine S. Hayden, U.S.D.J.