CHRISTOPHER J. CHRISTIE
United States Attorney
JOHN G. SILBERMANN, JR.
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-353-6094
Fax. 973-645-3210
email: JOHN.SILBERMANN@usdoj.gov
JGS1187
(FLU:YH)

WILLIAM T. WALSH, CLERK

MAY 1 3 2008

ORIGINAL FILED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>GEORGE SANCHEZ,<br><br>    Defendant,<br>and<br><br>FLYING FOOD GROUP LLC<br>and its successors or assigns,<br><br>    Garnishee. | HON. KATHARINE S. HAYDEN<br><br>CR NO. 01-006<br><br>**APPLICATION AND ORDER FOR WRIT OF CONTINUING GARNISHMENT** |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the defendant, George Sanchez, social security number *******6455, whose last known address is: Jersey City, NJ 07305 in the above cited action in the amount of $40,200.00, plus interest at the rate of 0% per annum and penalties.

The total balance due and owing as of January 29, 2008 is $39,425.00.

Demand for payment of the above-stated debt was made upon the debtor not less than

30 days from January 29, 2008, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or wages to the judgment debtor. More specifically, the Garnishee is the employer of the defendant, George Sanchez, and its successors or assigns. This Writ of Continuing Garnishment is intended to compel the Garnishee to pay to the United States twenty-five percent (25%) of the disposable earnings of defendant, George Sanchez, pursuant to 28 U.S.C. § 3002(9).

The name and address of the Garnishee or his authorized agent is:

> Flying Food Group LLC
> 5575 S. Archer Avenue
> Chicago, IL 60638

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Continuing Garnishment.

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

By: JOHN G. SILBERMANN, JR.
ASSISTANT U.S. ATTORNEY

IT IS, on this 13th day of May, 2008,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Continuing Garnishment.

HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT COURT

CHRISTOPHER J. CHRISTIE
United States Attorney
JOHN G. SILBERMANN, JR.
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-353-6094
Fax. 973-645-3210
email: JOHN.SILBERMANN@usdoj.gov
JGS1187
(FLU:YH)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                            *Plaintiff,*<br>v.<br><br>GEORGE SANCHEZ,<br><br>                                            *Defendant,*<br>    and<br><br>FLYING FOOD GROUP LLC,<br>and its successors or assigns,<br><br>                                            *Garnishee.* | HON. KATHARINE S. HAYDEN<br><br>CR NO. 01-006<br><br>**WRIT OF CONTINUING**<br>**GARNISHMENT** |

GREETINGS TO:    Flying Food Group LLC
                            5575 S. Archer Avenue
                            Chicago, IL 60638

An Order Granting Application of the United States for a Writ of Continuing Garnishment against the property of George Sanchez, defendant, has been filed with this Court.

A judgment has been entered against the above-named defendant in the amount of $40,200.00, plus interest and penalties, computed through January 29, 2008.

You are required by law to answer in writing, under oath, within ten (10) days, whether

or not you have in your custody, control or possession, any property owned by the debtor, including non-exempt, disposable earnings.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Clerk at: KING Federal Courthouse, 50 WALNUT STREET, NEWARK, N.J. 07102. Additionally, you are required by law to serve a copy of this writ upon the debtor and upon the United States Attorney, 970 Broad Street, 7th Floor, Newark, NJ 07102.

Under the law, there is property which is exempt from this Writ of Continuing Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form.

Pursuant to 15 U.S.C. §1674, Garnishee is prohibited from discharging the defendant from employment by reason of the fact that his/her earnings have been subject to garnishment for any one indebtedness.

You shall withhold and retain any wages, monies and/or commissions payable to the defendant George Sanchez, in which the debtor has a substantial nonexempt interest and for which you are or may become indebted to the judgment debtor pending further order of the court. If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed

-3-

to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this writ.

DATED: 5/16/08

WILLIAM T. WALSH
UNITED STATES DISTRICT COURT CLERK

By: _____
DEPUTY CLERK

CHRISTOPHER J. CHRISTIE
United States Attorney
JOHN G. SILBERMANN, JR.
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-353-6094
Fax. 973-645-3210
email: JOHN.SILBERMANN@usdoj.gov
JGS1187
(FLU:YH)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　　　*Plaintiff,*<br>v.<br><br>**GEORGE SANCHEZ,**<br><br>　　　　　　　　　　　*Defendant,*<br>and<br><br>**FLYING FOOD GROUP LLC,**<br>**and its successors or assigns,**<br><br>　　　　　　　　　　　*Garnishee.* | **HON. KATHARINE S. HAYDEN**<br><br>**CR NO. 01-006**<br><br><br>**CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT** |

**TO THE ABOVE-NAMED DEFENDANT AND ALL OTHER PERSONS INTERESTED:**

　　　　You are hereby notified that the non-exempt earnings are being taken by the United States of America which has a Court judgment in Criminal No. 01-006 in the sum of $40,200.00. A balance of $39,425.00 remains outstanding.

　　　　In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if George Sanchez can show that the exemptions apply. Attached is a summary of the exemptions which are applicable pursuant to 18 U.S.C. § 3613(a).

　　　　If you are George Sanchez you have a right to ask the court to return your property to you if you think you do not owe the money to the Government that it says you do, or if you think the property the Government is taking qualifies under one of the above exemptions.

　　　　The instructions for objection to the Answer of the Garnishee and for obtaining a hearing on the objections are set forth in the "Notice of Garnishment and Instructions to the

Above-named Defendant" served upon you by the United States of America.

If you want a hearing, you must notify the court within 20 days after receipt of the notice. Your request must be in writing.

If you wish, you may use this notice to request the hearing by completing the Request for Hearing Form which is attached to the Writ of Continuing Garnishment. You must either mail it or deliver it in person to the Clerk of the United States District Court at the KING Federal Courthouse, 50 WALNUT STREET, NEWARK, N.J. 07102. You must also send a copy of your request to the United States Attorney at 970 Broad Street, 7th Floor, Newark, NJ 07102, so the Government will know you want a hearing.

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you think you do not owe the money to the Government. If you do not request a hearing within 20 days of receiving this notice, a Court Order will be entered attaching the wages, monies, and/or commissions which will then be applied against the judgment owed the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the District Court at the KING Federal Courthouse, 50 WALNUT STREET, NEWARK, N.J. 07102. You must also send a copy of your request to the United States Attorney at 970 Broad Street, 7th Floor, Newark, NJ 07102, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the clerk of the court. The clerk is not permitted to give legal advice, but can refer you to other sources of information.

WILLIAM T. WALSH
CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

## INSTRUCTIONS TO DEFENDANT DEBTOR ON
## HOW TO CLAIM EXEMPTIONS

The United States of America has applied for a Writ of Continuing Garnishment to be issued against your wages. It will be issued because there is a judgment against you.

The law provides that certain property and wages cannot be taken. Such property is said to be exempted. The attached Claim for Exemption Form lists the exemptions under federal law which are applicable to you. There is no exemption solely because you are having difficulty paying your debts.

If you claim an exemption from garnishment, you should do the following promptly:

1. Fill out the attached Claim for Exemption Form.

2. Deliver or mail the Form to the Clerk's Office of the United States District Court for the District of New Jersey, KING Federal Courthouse, 50 WALNUT STREET, NEWARK, N.J. 07102.

3. Deliver or mail the Forms to the Counsel of the United States, John G. Silbermann, Jr., Assistant U.S. Attorney, 7th Floor, 970 Broad Street, Newark, New Jersey 07102.

If you elect, you have the right to a hearing within five business days, or as soon as possible, from the date you file the completed Claim for Exemption Form with the Clerk. In order to obtain this hearing, you must check the box provided on the attached Claim for Exemption Form. You will be notified as soon as possible of the date, time and place of hearing.

On the day of the hearing, you should come to court ready to explain why your property is exempted, and you should bring any documents which may help you prove your case. If you do not come to court at the designated time and prove that your property is exempt, you may lose some of your rights.

If the listed exemptions on the Form are not applicable and you do not claim an exemption, do not complete and file the Claim for Exemption Form.

It may be helpful to you to seek the advice of an attorney in this matter.

## CLAIM FOR EXEMPTION FORM
## EXEMPTIONS UNDER FEDERAL LAW (18 U.S.C. § 3613)

NOTE: 18 U.S.C. § 3613(a), the federal statute governing liens arising from criminal fines and restitution obligations, generally incorporates the exemptions available to individual taxpayers under the Internal Revenue Service Code.

I claim that the exemption(s) from enforcement which are checked below apply in this case:

_____  1.  Wearing apparel and school books.--Such items of wearing apparel and such school books as are necessary for the debtor or for members of his family.

_____  2.  Fuel, provisions, furniture, and personal effects.--So much of the fuel, provisions, furniture, and personal effects in the Debtor's household, and of the arms for personal use, livestock, and poultry of the debtor, as does not exceed **$6,250** in value.

_____  3.  Books and tools of a trade, business, or profession.--So many of the books, and tools necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate **$3,125** in value.

_____  4.  Unemployment benefits.--Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico.

_____  5.  Undelivered mail.--Mail, addressed to any person, which has not been delivered to the addressee.

_____  6.  Certain annuity and pension payments.--Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. 1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of United States Code.

_____  7.  Workmen's Compensation.--Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico.

_____  8.  Judgments for support of minor children.--If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment.

_____  9.  Certain service-connected disability payments.-- Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of Title 38, United States Code) disability benefit under--(A) subchapter II, III,IV, V, or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35,37, or 39 of such Title 38.

_____  10.  Assistance under Job Training Partnership Act.
--Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act.

_____  11.  Minimum exemptions for wages, salary and other income.  The exemptions under 26 U.S.C. § 6334(a)(9) do not apply in criminal cases. The exceptions under the Consumer Credit Protection Act, 15 U.S.C. § 1673, for disposable earnings, automatically apply and do not need to be claimed.  The aggregate disposable earnings of an individual for any workweek which is subjected to garnishment may not exceed (1) 25 % of his disposable earnings for that week, or (2) the amount by which his disposable earnings for that week exceed thirty times the Federal minimum hourly wage in effect at the time the earnings are payable, whichever is less.

The statements made in this claim of exemptions and request for hearing as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.

_____  I hereby request a court hearing to decide the validity of my claims.  Notice of the hearing should be given to me by mail at:

(_____) or telephonically at (_____)
Address                                          Phone No.


_____                _____
Signature                               Date
George Sanchez

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              *Plaintiff,*<br>v.<br><br>**GEORGE SANCHEZ**,<br><br>                              *Defendant,*<br><br>**FLYING FOOD GROUP LLC,**<br>**and its successors or assigns,**<br>                              *Garnishee.* | **HON. KATHARINE S. HAYDEN**<br><br>**CR NO. 01-006**<br><br>**REQUEST FOR HEARING** |

TO: CLERK'S OFFICE

[ ] I hereby request that the court conduct a hearing in the above matter as soon as possible after the clerk receives this request for a hearing because:

    [ ] I do not owe the money to the United States that it says I do.

    [ ] The property that the United States is taking is exempt (See attached completed Claim for Exemption form).

Notice of the hearing should be given to me by mail at

_____
(Address)

_____

or by telephone at _____
                      (Telephone Number)

Date: _____      _____
                                                                             Signature
                                                                             George Sanchez